AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Ryan Curry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-02015 |
| County Materials Corp. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - Ryan Curry                                                                 .

Date:   01/24/2022

*/s/ James B. Zouras*
*Attorney's signature*

James B. Zouras (ARDC #6230596)
*Printed name and bar number*

100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
*Address*

jzouras@stephanzouras.com
*E-mail address*

(312) 233-1550
*Telephone number*

(312) 233-1560
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Ryan Curry ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-02015 |
| County Materials Corp. ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  01/24/2022 , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

Joseph J. Jacobi (jjacobi@hansenreynolds.com), David Neiman (dneiman@rblaw.net),
Blake Kolsea (bkolsea@rblaw.net), Miranda Soucie (msoucie@spiroslaw.com)
and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____.


*/s/ James B. Zouras*
*Attorney's signature*

James B. Zouras (ARDC #6230596)
*Printed name and bar number*

100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
*Address*

jzouras@stephanzouras.com
*E-mail address*

(312) 233-1550
*Telephone number*

(312) 233-1560
*Fax number*