E-FILED
Thursday, 24 February, 2022 01:36:22 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RYAN CURRY, individually, and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:22-CV-2015 |
| COUNTY MATERIALS CORP. and CENTRAL PROCESSING CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Central Processing Corporation, by counsel, certifies that there is no parent corporation nor any publicly held corporation owning ten percent (10%) or more of units of Central Processing Corporation.

Dated this 24th day of February, 2022.

By: *_/s/ Jessica C. Mederson_*
Jessica C. Mederson
Danielle M. Nardick
Hansen Reynolds LLC
10 E. Doty St., Suite 800
Madison, WI 53705
Office: 608-841-1351
Fax: 414-273-8476
*jmederson@hansenreynolds.com*
*dnardick@hansenreynolds.com*

Joseph J. Jacobi
Hansen Reynolds LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Office: 312-818-5696
Fax: 414-273-8476
*jjacobi@hansenreynolds.com*

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on this 24th day of February, 2022, the foregoing was electronically filed using the Court's ECF system which will send such filing to all attorneys of record.

<u>/s/ <i>Jessica C. Mederson</i></u>
Jessica C. Mederson
