# EXHIBIT 2

E-FILED
Tuesday, 08 November, 2022  03:28:24 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RYAN CURRY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:22-cv-2015 |
| v. | ) ) | Hon. Colin S. Bruce |
| COUNTY MATERIALS CORP. and CENTRAL PROCESSING CORPORATION, | ) ) ) ) | Magistrate Eric I. Long |
| Defendants. | ) ) | |

## <u>DECLARATION OF HALEY R. JENKINS</u>

I, Haley R. Jenkins, declare under penalty of perjury as follows:

1.     I am a member of good standing of the Illinois State Bar and a partner of Stephan Zouras, LLP. I am one of the lawyers primarily responsible for prosecuting Plaintiff's claims on behalf of the putative Class. I was admitted to practice law in the State of Illinois in 2016.

2.     I submit this declaration in support of the Plaintiff's Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement. I make these statements based on personal knowledge and if called to testify, I could and would competently testify consistently with all matters set forth herein.

3.     I am a 2016 graduate of Chicago-Kent College of Law. Since 2021, I have been selected by *Chicago Magazine*'s Super Lawyer Section as a Rising Star, a distinction given to no more than 5% of the attorneys in the state.

4.     I have been admitted to the Trial Bar of the of the United States District Court for the Northern District of Illinois and have been admitted or admitted *pro hac vice*

to various federal and state courts throughout the United States for the purpose of prosecuting class and collective actions, including the District of Colorado, the Eastern District of Pennsylvania, the Middle District of Pennsylvania, and the Eastern District of New York.

5.     Since 2016, my practice has been highly concentrated in representing employees in cases arising under federal and state wage and hour laws, including the Fair Labor Standards Act ("FLSA") and comparable state wage and hour laws across the United States. The majority of these cases proceeded as collective actions under § 216(b) of the FLSA and/or set forth class action claims under state wage laws.

6.     Since early 2017, I have also concentrated on representing plaintiffs in cases arising under the Illinois Biometric Information Privacy Act ("BIPA"). Stephan Zouras, LLP, is actively handling or has settled approximately 150 BIPA cases since June 2017.

7.     Stephan Zouras, LLP, has extensive experience representing Plaintiffs as lead counsel in numerous class actions. (*See* Exhibit A, Stephan Zouras, LLP Firm Resume).

8.     Stephan Zouras, LLP is actively engaged, on a daily basis, with extensive court, discovery, and motion practice on our BIPA actions. The firm has been appointed class counsel in dozens of BIPA cases, and has secured several favorable rulings for employees at both the appellate and trial court levels in connection with novel issues and defenses asserted under BIPA, including: (1) BIPA claims are not subject to arbitration as "wage and hour" claims, *Liu v. Four Seasons Hotel, Ltd.*, 2019 IL App (1st) 182645; (2) the Constitutionality of BIPA, *Bruhn v. New Albertson's*, 2018-CH-01737 (Cir. Ct. Cook Cty. Jan. 30, 2020) (J. Loftus); (3) when BIPA claims accrue; specifically, that an

aggrieved plaintiff's claims accrue each time an entity collects or disseminates biometric data without securing prior informed consent and a release, *Cothron v. White Castle System, Inc.*, 2020 WL 4569694 (Aug. 7, 2020) (J. Tharp) (on appeal to the Illinois Supreme Court, No. 128004); (4) that claims under Sections 15(a) and (b) of BIPA are subject to a five-year statute of limitations, *Tims v. Black Horse Carriers, Inc..*, 2021 IL App (1st) 200563 (on appeal to the Illinois Supreme Court, No. 127081; (5) that Illinois courts have personal jurisdiction over non-resident defendants that manufacture biometric devices, *Fisher v. HP Property Management, LLC, et al.*, 2021 IL App (1st) 201372; and, most recently, (6) the inapplicability of BIPA's so-called "HIPAA exemption" to hospital employees, *Mosby v. The Ingalls Memorial Hospital, et al.*, 2022 IL App (1st) 200822.

9.    During this litigation, the Parties fully briefed Defendants' Motion to Dismiss and engaged in extensive settlement negotiations via phone and email beginning in February 2022.

10.    The Parties were able to reach an agreement in principle to resolve the case on September 15, 2022, and they continued to expend further effort negotiating specific terms of the Settlement, including the form of notice provided to Class Members, the scope of the release, and settlement benefits, which were memorialized in the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on October 26, 2022.

11.    The Settlement consists of approximately 396 Class Members, inclusive of the Class Representative.

12.    The terms of the Settlement are contained in the Settlement Agreement. There are no undisclosed side agreements between the Class Representative and Defendants.

13.    The proposed Settlement will establish a $530,750.00 Settlement Fund based on the class size of 396 total members. Each Class Member who does not timely and validly exclude themselves from the Settlement will be entitled to receive an equal share of the Settlement Fund, less deductions for administrative expenses, attorneys' fees and costs, and a service award.

14.    The settlement of this action was the product of well-informed judgments about the adequacy of the resolution. The settlement was also the product of arm's-length, non-collusive negotiations. Class Counsel are intimately familiar with the strengths and weaknesses of the claims and defenses of this case, as well as the factual and legal issues, sufficient to make an informed recommendation about the value of the claims, the time, costs and expense of protracted litigation, discovery, and appeals, and the adequacy of the Settlement reached. The stage of litigation has advanced to a state that Class Counsel could fairly and fully evaluate the value of the Settlement. In my professional opinion, the Settlement is fair and reasonable in light of the risk, costs, and delay of further litigation.

15.    Class Counsel is unaware of any opposition to the Settlement.

16.    I am aware of dozens of BIPA settlements in which employee class members received notice of the settlement and direct checks without having to participate in a claims process. In these cases, the void date on the checks has now passed. In several of those settlements, the notice rate was over 94% and the check cashing rate was over 86%. The following are but a few examples:

| Case Name | Jurisdiction | Notices Delivered | Checks Cashed |
|---|---|---|---|
| *Adams v. World Hyundai of Matteson LLC* | Cir. Ct. Cook Cty. | 197 of 204 (96%) | 185 of 204 (90%) |
| *Bedford v. Lifespace Communities, Inc.* | N.D. Ill. | 843 of 851 (99%) | 802 of 851 (94%) |

| | | | |
|---|---|---|---|
| *Bryski v. Nemera Buffalo Grove, LLC* | Cir. Ct. Cook Cty. | 451 of 462 (97.6%) | 399 of 462 (86%) |
| *Dixon v. The Washington & Jane Smith Home, et al.* | N.D. Ill. | 1,361 of 1,379 (98%) | 1,267 of 1,379 (92%) |
| *Edmond v. DPI Specialty Foods, Inc., et al.* | Cir. Ct. Cook Cty. | 477 of 496 (96%) | 453 of 496 (91%) |
| *Jackson v. A. Finkl & Sons, Co., et al.* | Cir. Ct. Cook Cty. | 577 of 580 (99.5%) | 539 of 579 (93%) |
| *Kane v. Con-Tech Lighting* | Cir. Ct. Cook Cty. | 133 of 137 (97%) | 131 of 137 (95.6%) |
| *Nemenski v. Jamco Prods., Inc.* | Cir. Ct. Winnebago Cty. | 141 of 143 (98%) | 135 of 143 (94%) |
| *Ripper v. Area Disposal* | Cir. Ct. Peoria Cty. | 571 of 577 (99%) | 532 of 577 (92.2%) |
| *Watts v. Aurora Chicago Lakeshore Hospital, LLC, et al.* | N.D. Ill. | 832 of 880 (94.5%) | 789 of 880 (89.66%) |

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct.

Dated: November 8, 2022                    FURTHER AFFIANT SAYETH NAUGHT.

                                           */s/ Haley R. Jenkins*
                                           Haley R. Jenkins
                                           STEPHAN ZOURAS, LLP
                                           100 North Riverside Plaza, Suite 2150
                                           Chicago, Illinois 60606
                                           (312) 233-1550

# EXHIBIT 2A

# FIRM RESUME

---

 **STEPHAN ZOURAS, LLP**

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## **Fighting for the Rights of People.** Driven by Justice. Dedicated to **You**.



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## FIRM PROFILE

**STEPHAN ZOURAS, LLP** is a nationwide law firm that has helped recover more than **$500 million** for people in groundbreaking class and collective actions.



**Stephan Zouras, LLP** has "substantial class action experience [and] have secured multi-million-dollar class recoveries…."

*Bhattacharya v. Capgemini North America, Inc*., 324 F.R.D. 353, 363 (N.D. Ill. 2018) (Kennelly, J.)



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## FIRM PROFILE

**STEPHAN ZOURAS, LLP** is a national law firm representing plaintiffs in complex class and individual litigation matters. Our diverse team of professionals are widely recognized for their vigorous advocacy, skill, integrity and experience litigating wage and hour and other employment disputes, consumer protection, privacy, cybersecurity, mass torts and catastrophic personal injury, products liability and other complex litigation.

Federal and state courts routinely appoint our attorneys as lead counsel in high-stakes, groundbreaking, rapidly-developing areas with far-reaching impact. We try cases to verdict. We help establish favorable precedent for employees and consumers on appeal. And outside the courtroom, our attorneys testify before legislative bodies and work on legislation designed to protect worker's rights.

Our Chicago-based firm is recognized for its leadership, its zealous, thorough and efficient prosecution of class actions, and for achieving outstanding results at both the trial and appellate levels throughout the United States.

We represent hard working people from all walks of life who deserve the protections our laws provide to prevent corporate abuse, injustice and greed.

 # STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## OUR STORY

When Ryan and Jim founded **Stephan Zouras, LLP**, in 2007, they had a vision. They wanted to create a law firm that *empowers* individuals to band together to take on wealthy and powerful corporations who shirk the law and take advantage of employees and consumers.

Today, that vision is a REALITY.

### EXPERIENCE

Not only are we passionate about what we do, we know what we are doing. Collectively, our firm has several decades of experience litigating in federal and state courts throughout the United States. We have established *groundbreaking* and precedent-setting court decisions, including securing a major decision for employees at the United States Supreme Court in 2022, and forced major corporations to change unlawful employment practices and make safer products.

### DEDICATION

Because we love what we do, we don't cut corners. We will review your claim (at no cost), provide prompt feedback and determine next steps. If we choose to pursue your case, we will drive your case to the best desirable outcome, all while keeping you informed at every step of the way. We don't get paid unless we win. And if we can't help, we will try to find you someone who can.

### REPUTATION

We are known throughout the legal community as among the most skilled and qualified practitioners in the field. But some of our proudest accolades come from our clients.



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS



### JAMES B. ZOURAS

is a founding partner of Stephan Zouras, LLP. Dedicating his entire professional career to combating corporate abuse and injustice, Jim has helped recover hundreds of millions in individual and class actions arising under the federal and state wage and hour laws, biometric privacy and other complex litigation, along with wrongful death and other catastrophic personal injury actions.

He has successfully tried over a dozen major jury trials and argued approximately 20 appeals as lead appellate counsel before federal and state appellate courts, including the Illinois Supreme Court. Jim is frequently invited as a speaker at national class action and trial seminars. In addition to his admission to numerous trial and appellate courts, Jim is a member of the bar of the Supreme Court of the United States.

Jim and his cases have been profiled by numerous media outlets including the Chicago Tribune, the Chicago Sun-Times, WVON Radio, Bloomberg BNA, Billboard Magazine, TMZ and CBS Consumer Watch.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ESTABLISHED ENDOWED SCHOLARSHIP FUND AT UNIVERSITY OF ILLINOIS AT CHICAGO; 2021
- INVITED SPEAKER AT NATIONAL EMPLOYMENT LAWYERS ASSOCIATION (IL); 2021
- INVITED SPEAKER AT ILLINOIS INSTITUTE FOR CONTINUING LEGAL EDUCATION; 2018-2022
- INVITED SPEAKER AT ILLINOIS STATE BAR ASSOCIATION; 2018-2019
- INVITED SPEAKER AT ILLINOIS TRIAL LAWYERS ASSOCIATION; 2016
- INVITED SPEAKER AT THE CHICAGO BAR ASSOCIATION; 2008 AND 2016
- INVITED SPEAKER AT THE PRACTICING LAW INSTITUTE; 2012 AND 2015
- INVITED SPEAKER AT THE BRIDGEPORT CONTINUING EDUCATION WAGE AND HOUR SEMINAR; 2012 AND 2014
- EDITOR, ILLINOIS WAGE HOUR TREATISE; 2022
- CONTRIBUTING AUTHOR, AMERICAN BAR ASSOCIATION FEDERAL LABOR STANDARDS LEGISLATION SUBCOMMITTEE, MIDWINTER REPORT; 2016
- HELLENIC BAR ASSOCIATION OF ILLINOIS; 2001-PRESENT



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS

- ILLINOIS SUPER LAWYER; 2009-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 1997-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION, BOARD OF MANAGERS; 2022-2023
- ILLINOIS STATE BAR ASSOCIATION; 1997-PRESENT
- NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; 2007-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2018-PRESENT
- CHICAGO FOOD PANTRY VOLUNTEER
- SHIRLEY RYAN ABILITYLAB VOLUNTEER

## EDUCATION

- DEPAUL UNIVERSITY COLLEGE OF LAW, J.D. WITH HONOR, ORDER OF THE COIF, [1995]
- UNIVERSITY OF ILLINOIS CHICAGO, POLITICAL SCIENCE, WITH DISTINCTION [1992]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS



### RYAN F. STEPHAN

is a founding principal of Stephan Zouras, LLP.  Throughout his career, Ryan has been a passionate advocate for worker and consumer rights, and has helped hundreds of thousands of everyday people recover damages in unpaid overtime, privacy claims, employment disputes, business litigation, products liability and personal injury cases.  Ryan has successfully tried cases to verdict including obtaining a $9,000,000 verdict on behalf of 200 employees who were misclassified and denied overtime pay.

Ryan has also served as lead or co-lead counsel on hundreds of complex class and collective action cases involving privacy issues, wage and hour matters and consumer fraud claims, amongst others, and has helped recover over $250 Million for hundreds of thousands of people. In these cases, Ryan has helped establish precedent in both privacy and wage and hour law, forced major corporations to change unlawful employment practices and helped recover hundreds of millions of dollars for his clients.

Ryan and his cases have been profiled by numerous media outlets including Good Morning America, Fortune, ESPN, Fox News, The Guardian, The New York Times, Think Progress, USA Today and Vice Sports.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- AMERICAN ASSOCIATION FOR JUSTICE; 2020-PRESENT
- AMERICAN BAR ASSOCIATION; 2007-PRESENT
- CHICAGO LIGHTS TUTOR; 2009-2010
- CHICAGO CARES TUTOR; 2008-2009
- FEED MY STARVING CHILDREN VOLUNTEER; 2014-2015
- ILLINOIS STATE BAR ASSOCIATION; 2000-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION BOARD OF ADVOCATES; 2022-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2018-PRESENT

## EDUCATION

- CHICAGO KENT COLLEGE OF LAW, J.D., [2000]
- UNIVERSITY OF ILLINOIS URBANA CHAMPAIGN, B.A., POLITICAL SCIENCE, [1996]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS

Ryan and Jim are admitted to the Supreme Court of the United States, the United States Court of Appeals for the First, Third and Seventh Circuits, and the Trial Bar of the United States District Court for the Northern District of Illinois. Ryan and Jim are admitted to practice in the Northern, Central and Southern Districts of Illinois, the United States Bankruptcy Court for the Northern District of Illinois, and are generally admitted to practice in the District Court of Colorado, the Eastern District of Michigan and the Eastern District of Wisconsin.

In addition, they have been admitted pro hac vice in the United States District Courts for the District of Alaska, the District of Arizona, the District of Columbia, the Northern, Central and Southern Districts of California, the Superior Court for the State of California, the District Court of Columbia, the Northern, Middle and Southern Districts of Florida, the Northern District of Georgia, the Southern District of Indiana, the Northern and Southern Districts of Iowa, the Western District of Kentucky, the District Court of Maryland, the District Court of Massachusetts, the District Court of Minnesota, the Eastern and Western Districts of Missouri, the District Court of New Mexico, the Southern and Eastern Districts of New York, the District Court of New Jersey, the Eastern and Middle Districts of Pennsylvania, the First Judicial District of Pennsylvania, the Eastern, Middle and Western Districts of North Carolina, the Southern District of Ohio, the District Court of Oregon, the Eastern and Middle Districts of Pennsylvania, the Middle District of Tennessee, the Northern and Southern Districts of Texas, and the Western District of Washington.

In every consecutive year since 2009, Chicago Magazine's Super Lawyer Section selected both Jim and Ryan as two of the top attorneys in Illinois, a distinction given to no more than 5% of the lawyers in the state.



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### ANDREW C. FICZKO

A tireless fighter for working people, Andy has spent his entire professional career focusing on Employment Litigation and has represented thousands of employees in class, collective and individual actions nationwide and has recovered hundreds of thousands of dollars in unpaid minimum wages, overtime compensation, and other benefits.

Andy has been recognized by Chicago Magazine's Super Lawyers section as a Rising Star and Super Lawyer for eight consecutive years, a distinction given to no more than 5% of Illinois lawyer. Andy served as the second chair in two major federal jury trials to verdict on behalf of Plaintiffs in wage and hour matters and one state jury trial to verdict on behalf of Plaintiffs in a breach of contract matter.

Andy is admitted to the United States Supreme Court, the United States District Court for the Seventh Circuit, the United States Bankruptcy Court for the Northern District of Illinois, the Trial Bar of the United States District Court for the Northern District of Illinois, and is generally admitted to the District Court of Colorado. Andy has been admitted pro hac vice to the District of Alaska, the Central and Northern Districts of California, the District of Columbia, the Northern District of Georgia, the Southern District of Indiana, the Northern and Southern Districts of Iowa, the District of Massachusetts, the Western District of Missouri, the Southern District of New York, the Middle and Western Districts of North Carolina, the Southern District of Ohio, the Eastern and Middle Districts of Pennsylvania, the Northern and Southern Districts of Texas, and the Western District of Washington.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION; 2009-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2009-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- NORTHERN DISTRICT OF ILLINOIS TRAIL BAR ASSOCIATION; 2010-PRESENT
- CHICAGO FOOD PANTRY VOLUNTEER; 2012

## EDUCATION

- DRAKE UNIVERSITY LAW SCHOOL, J.D., [2009]
- LAFAYETTE COLLEGE, B.S., PSYCHOLOGY, [2002]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### TERESA M. BECVAR

A steadfast advocate for individual rights, Teresa has helped thousands of clients hold corporations accountable in employment and consumer protection cases. Teresa has extensive experience in a wide range of employment cases, including wage and hour class and collective actions and employment discrimination.

Teresa is a 2013 graduate of Chicago-Kent College of Law, where she served as Editor of the Law Review. Since 2019, Teresa has served on the Advocacy Council Leadership Committee for Women Employed, an Illinois nonprofit that advocates for the advancement of working women through fair workplaces and education opportunities. Every year since 2016, Teresa has been recognized by Chicago Magazine's Super Lawyer section as a Rising Star, a distinction given to no more than 2.5% of Illinois lawyers.

Teresa is admitted to the Trial Bar of the United States District Court for the Northern District of Illinois, the Northern District of Illinois, the United States Court of Appeals for the Third and Seventh Circuits, and is generally admitted to the District Court of Colorado. She has been admitted pro hac vice to the District Court of Arizona, the Northern District of California, the Superior Court for the State of California, the Middle District of Florida, the District Court of New Mexico, the Eastern and Southern Districts of New York, the Western District of North Carolina, the Northern District of Ohio, the Eastern and Middle Districts of Pennsylvania, the Middle District of Tennessee, and the Western District of Washington.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ABA/BNA AGE DISCRIMINATION IN EMPLOYMENT LAW SUPPLEMENT, CHAPTER EDITOR; 2016-PRESENT
- AMERICAN ASSOCIATION FOR JUSTICE; 2019-PRESENT
- CHICAGO BAR ASSOCIATION; 2013-PRESENT
- FEDERAL BAR ASSOCIATION; 2012-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2013-PRESENT
- ILLINOIS TRIAL LAWYER ASSOCIATION; 2017-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2021-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., CUM LAUDE, [2013]
- UNIVERSITY OF CHICAGO, B.A., CINEMA AND MEDIA STUDIES, [2002]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### CATHERINE T. MITCHELL

is a staunch advocate for individual rights, representing people in a wide-range of legal disputes, including unpaid wages, employee misclassification, improper wage deduction, Employee Retirement Income Security Act (ERISA) violations, antitrust, and consumer fraud. Katie is also a member of the legal team pursuing claims on behalf of employees and consumers for violations of the Illinois Biometric Privacy Act (BIPA). Her broad knowledge in such areas helps clients understand their rights and recover damages when laws are violated.

Katie is admitted to practice in Illinois, the United States District Courts for the Central, Northern and Southern Districts of Illinois, and is generally admitted to the District Court of Colorado and the Eastern District of Wisconsin. She has been admitted pro hac vice to the District of Arizona, the Northern District of California, the Southern District of Iowa, the Middle District of Florida, the District Court of Minnesota, the Fourth Judicial District for the State of Minnesota, the Eastern and Western Districts of North Carolina, the District of New Mexico, the Eastern and Southern Districts of New York, the Eastern District of Pennsylvania, and the United States Court of Appeals for the Seventh Circuit.

### PROFESSIONAL & COMMUNITY ACTIVITIES

- CHAPTER EDITOR, BUREAU OF NATIONAL AFFAIRS AGE DISCRIMINATION IN EMPLOYMENT ACT TREATISE, 2D ED.; 2016
- CHICAGO BAR ASSOCIATION; 2013-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2015-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- SAINT MARY'S COLLEGE CHICAGO EAST ALUMNAE CLUB MEMBER; 2012-PRESENT
- VICE CHAIR, YLS MOOT COURT COMPETITION COMMITTEE; 2016-2019
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2015-PRESENT
- YOUNG LAWYERS SOCIETY OF THE CHICAGO BAR ASSOCIATION; 2014-PRESENT

### EDUCATION

- THE JOHN MARSHALL LAW SCHOOL, J.D., [2015]
- SAINT MARY'S COLLEGE, B.A., POLITICAL SCIENCE & PSYCHOLOGY, [2012]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### HALEY JENKINS

A spirited advocate, Haley represents clients in legal disputes involving unpaid wages, employee misclassification, whistleblower actions, and biometric privacy cases. Haley joined the Stephan Zouras team as a law clerk in 2015 while attending law school and continued working as an associate attorney after graduating cum laude from Chicago-Kent College of Law in 2016. Haley was elevated to partner in 2021.

As lead attorney in one of the first in-person jury trials for unpaid wages following the COVID-19 pandemic, Haley obtained a verdict and corresponding six-figure damages award on behalf of one of her clients. She is currently a member of the legal team advocating for clients' biometric privacy rights in cutting-edge cases against employers and biometric device manufacturers that unlawfully collect, store, use and disseminate employees' and consumers' biometrics data.

Haley and her cases have been profiled by numerous media outlets including the Chicago Tribune, Crain's Chicago, and FundFire. She has been published and recognized by the Chicago Bar Association Young Lawyer's Society's @theBar blog for her knowledge of the Illinois Biometric Information Privacy Act (BIPA).

Haley is admitted to the Trial Bar of the United States District Court for the Northern District of Illinois, the Central and Southern Districts of Illinois, the United States Court of Appeals for the Seventh Circuit, and is generally admitted to the District Court of Colorado. She has been admitted pro hac vice to the Eastern District of New York and the Middle and Eastern Districts of Pennsylvania.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ILLINOIS STATE BAR ASSOCIATION; 2016-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- NATIONAL EMPLOYMENT LAWYER'S ASSOCIATION; 2016-PRESENT
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2016-PRESENT
- YOUNG LAWYERS SOCIETY OF THE CHICAGO BAR ASSOCIATION; 2014-PRESENT
- YOUNG LAWYERS DIVISION OF THE ILLINOIS TRIAL LAWYERS ASSOCIATION; 2014-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., CUM LAUDE, [2016]
- UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, B.A., ENGLISH [2013]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### ANNA M. CERAGIOLI

started her career at Stephan Zouras in 2017 when she worked as a law clerk. Anna is a skilled and dedicated advocate for individuals and groups of people who have been injured, deprived of earned wages or otherwise mistreated by employers. She has worked tirelessly on an array of individual and class actions lawsuits involving unpaid wages, employee misclassification, tip-pool violations, retaliation, biometric privacy violations, and RICO violations. As the assisting attorney in one of the first in-person jury trials for unpaid wages following the COVID-19 pandemic, Anna obtained a verdict and corresponding six-figure damages award on behalf of one of her clients. Anna achieved the first ruling in the state of Illinois awarding treble damages over and above liquidated damages for claims brought under the Illinois Minimum Wage Law and the Fair Labor Standards Act – a landmark ruling for employee rights.

Anna has been recognized by Chicago Magazine's Super Lawyer section as a Rising Star, a distinction given to no more than 2.5% of Illinois lawyers. She was one of only twelve graduating students inducted into the Chicago-Kent Bar & Gavel Society.

Anna is admitted to the Trial Bar of the United States District Court for the Northern District of Illinois, the Central and Southern Districts of Illinois, and the United States Court of Appeals for the Seventh Circuit. She has also been admitted pro hac vice to the Northern District of California, the Eastern District of New York, the Northern District of Ohio, the Eastern District of Pennsylvania and Court of Common Pleas for the State of Ohio.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION YLS MOOT COURT COMMITTEE; 2019-2021
- CHICAGO BAR ASSOCIATION; 2018-PRESENT
- CHICAGO-KENT BAR AND GAVEL SOCIETY; 2018 INDUCTEE
- CHICAGO-KENT MOOT COURT HONOR SOCIETY, PRESIDENT AND MEMBER; 2016-2018
- CHICAGO-KENT JUSTINIAN SOCIETY, SECRETARY; 2016-2018
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; 2022
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2018-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., [2018]
- MARQUETTE UNIVERSITY, B.A., CUM LAUDE, ENGLISH [2013]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### PAIGE L. SMITH

has worked as an Associate Attorney since 2021. Paige first joined the Stephan Zouras team as a law clerk in 2019, with a passion and dedication for vindicating Illinois citizens' rights under the Biometric Information Privacy Act (BIPA). Since joining the firm, Paige has assisted in a wide range of trailblazing individual and class actions in federal and state court, at the trial and appellate levels, involving biometric privacy violations and compliance, consumer breach of contract, improper wage deductions, unpaid wages, employee misclassification, employment discrimination, and retaliatory discharge claims.

Paige graduated cum laude from Chicago-Kent College of Law, where she was a member of the Dean's List and served as the Executive Notes & Comments Editor of the Chicago-Kent Law Review.

Paige is admitted to the Seventh Circuit Court of Appeals, and the Northern, Southern and Central Districts of Illinois. She has also been admitted pro hac vice in the Northern and Central District of California and the Eastern District of Pennsylvania.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION; 2021-PRESENT
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2021-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2021-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., CUM LAUDE [2020]
- UNIVERSITY OF WISCONSIN-MADISON, B.A. POLITICAL SCIENCE WITH HONORS IN THE LIBERAL ARTS, [2016]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### MOHAMMED RATHUR

joined the Stephan Zouras team in 2022 as an Associate Attorney, with a passion to advocate for individual rights. Prior to joining the firm, Mohammed served as a judicial law clerk to the Honorable Pamela McLean Meyerson in the Chancery Division of the Circuit Court of Cook County where he gained in-depth knowledge of the Illinois Biometric Information Privacy Act, complex class actions, insurance-coverage disputes, FOIA-actions, and employment disputes under administrative review.

He earned a Bachelor's Degree from Michigan State University and his law degree from the American University Washington College of Law. In law school, Mohammed served as a Student Attorney for the International Human Rights Law Clinic where he represented asylum seekers in federal immigration court. Additionally, Mohammed interned at the U.S. Department of Justice – Civil Rights Division and for United States District Court Judge George Caram Steeh III.

Mohammed is admitted to practice in Illinois and Washington, D.C., and the United States District Court for the Northern District of Illinois.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- SOUTH ASIAN BAR ASSOCIATION; 2016-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2020-PRESENT
- MUSLIM BAR ASSOCIATION OF CHICAGO; 2022-PRESENT

## EDUCATION

- AMERICAN UNIVERSITY WASHINGTON COLLEGE OF LAW, J.D., [2019]
- MICHIGAN STATE UNIVERSITY, B.A., INTERNATIONAL RELATIONS [2016]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## OF COUNSEL



### DAVID J. COHEN

is a highly skilled and successful class-action attorney who joined Stephan Zouras, LLP in 2016. Dave manages our Philadelphia office and has spent his entire career fighting to protect the rights of thousands of healthcare professionals, restaurant workers, transportation workers, IT professionals, shareholders, union members and consumers.

Before joining the private sector, Dave completed a unique clerkship with the Hon. Stephen E. Levin in the Philadelphia Court of Common Pleas, during which he helped to develop a respected and efficient system to resolve the Court's class action cases and contributed to several well-regarded works on class actions.

Dave earned a J.D. from the Temple University School of Law in 1994. While attending law school, Dave was awarded the Barristers Award for excellence in trial advocacy and worked as a teaching assistant for Hon. Legrome Davis (E.D. Pa.) as part of Temple's award-winning Integrated Trial Advocacy program.

Dave is a member of the Pennsylvania and New Jersey Bar Associations, and has been admitted to practice in many courts nationwide, including: the United States Courts of Appeals for the Third and Sixth Circuits and the District Courts of California, Florida, Illinois, Michigan, New Jersey, New York, Pennsylvania, Tennessee and the District of Columbia.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ILLINOIS STATE BAR ASSOCIATION; 2017-PRESENT
- UNIVERSITY OF CHICAGO ALUMNI INTERVIEWER; 1994-PRESENT
- PENNSYLVANIA BAR ASSOCIATION MEMBER; 1995-PRESENT
- PHILADELPHIA BAR ASSOCIATION MEMBER; 1995-PRESENT
- UNION LEAGUE OF PHILADELPHIA MEMBER; 2001-PRESENT
- STREET TAILS ANIMAL RESCUE FOSTER CARE SPONSOR; 2014-PRESENT
- UNIVERSITY OF CHICAGO "WISR" ALUMNI MENTORING NETWORK; 2017-PRESENT
- PHILADELPHIA BAR ASSOCIATION LEGAL-LINE VOLUNTEER; 2015-2020
- FOUNDATION FOR FIRST RESPONDERS AND FIREFIGHTERS SPONSOR; 1994-2020
- AMERICAN BAR ASSOCIATION MEMBER;1994-2015
- HEAD HOUSE CONSERVANCY BOARD MEMBER; 2008-2015



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## OF COUNSEL

- AIDS SERVICES IN ASIAN COMMUNITIES (ASAIC) SPONSOR; 1994-2014
- FRIENDS OF INGLIS HOUSE VOLUNTEER; 2001-2014
- OLD CITY CIVIC ASSOCIATION BOARD MEMBER, EXECUTIVE COMMITTEE MEMBER AND SECRETARY; 2002-2014
- TEMPLE UNIVERSITY BEASLEY SCHOOL OF LAW MOOT COURT HONOR SOCIETY JUDGE; 2002-2011

## EDUCATION

- TEMPLE UNIVERSITY SCHOOL OF LAW, J.D. [1994]
- UNIVERSITY OF CHICAGO, B.A. CUM LAUDE [1991]



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## Representative Trials, Verdicts and Judgments

| CASE | COURT | JUDGMENT |
|------|-------|----------|
| Meadows v. NCR Corporation | Northern District of Illinois<br>No. 16-cv-06221 | 5/21/2021 - Jury Verdict (Plaintiff)<br>7/09/2021 - Trial Court Judgment<br>**$225,000** |
| Retaliation Arbitrations | American Arbitration Association<br>Redacted for Confidentiality | 2/2019 & 9/2020 - Arbitration<br>Judgment - **$400,0000** |
| Ray v. DISH Network | American Arbitration Association<br>No. 01-15-0003-4651 | 3/17/2019 – Arbitration Judgment<br>**$3.25 mil** |
| Franco v. Ideal Mortgage Bankers<br>d/b/a Lend America | Eastern District of New York<br>No. 07-cv-3956 | 12/14/2017 – Trial Court Judgment<br>**$15.2 mil** |
| Frisari v. DISH Network | American Arbitration Association<br>No. 18-160-001431-12 | 8/25/2016 - Arbitration Judgment<br>**$2.5 mil** |
| Huskey v . Ethicon, Inc. | Southern District of West Virginia<br>No. 2:12-cv-05201 | 9/10/2014 - Jury Verdict (Plaintiff)<br>**$3.27 mil** |
| Lee v. THR & Associates, Inc. | Central District of Illinois<br>No. 12-cv-3078 | 5/22/2014 - Trial Court Judgment<br>**$12.2 mil** |
| Vilches v. The Travelers Companies, Inc. | American Arbitration Association<br>No. 11-160-000355-11 | 12/12/2012 - Arbitration Judgment |
| Kyriakoulis v. DuPage Health Center | Northern District of Illinois<br>No. 10-cv-7902 | 11/16/2012 - Jury Verdict (Plaintiff) |
| Smith v. Safety-Kleen Systems, Inc. | Northern District of Illinois<br>No. 10-cv-6574 | 7/11/2012 - Jury Verdict (Plaintiff) |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | JUDGMENT |
| --- | --- | --- |
| Wong v. Wice Logistics | Circuit Court of Cook County, IL No. 08-L-13380 | 1/30/2012 - Jury Verdict (Plaintiff) |
| Daniels v. Premium Capital Funding | Eastern District of New York No. 08-cv-4736 | 10/18/2011 - Jury Verdict (Plaintiff) **$9 mil** |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## Representative Resolved Class and Collective Actions

**Courts nationwide have appointed the firm as lead or co-lead counsel in numerous class and collective actions in which they have collectively secured over one hundred million dollars in verdicts and settlements including;**

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Gniecki v. Columbia Sussex Management, LLC | Circuit Court of Cook County, IL No. 21-CH-00677 | 10/06/2022 - Final Approval **$500,000** |
| Brown v. Weathertech | Circuit Court of Cook County, IL No. 19-CH-00503 | 9/26/2022 - Final Approval **$1.375 mil** |
| Johnson v. Verizon Wireless | Northern District of Illinois No. 21-cv-00187 | 9/12/2022 - Final Approval |
| Bruhn v. Jewel-Osco | Circuit Court of Cook County, IL No. 18-CH-01737 | 9/08/2022 - Final Approval **$1.575 mil** |
| Meier v. Robert Rohrman, et al. | Circuit Court of Cook County, IL No. 14-CH-11513 | 5/31/2022 - Final Approval **$855,000** |
| Robertson v. Hostmark Hospitality Group, Inc., et al. | Circuit Court of Cook County, IL No. 18-CH-05194 | 4/14/2022 - Final Approval **$503,000** |
| Parsons v. Personnel Staffing Group | Circuit Court of Cook County, IL No. 20-CH-473 | 3/22/2022 - Final Approval **$4.68 mil** |
| Mosby v. The Ingalls Memorial Hospital, et al. | Circuit Court of Cook County, IL No. 18-CH-05031 | 3/14/2022 - Final Approval **$2.42 mil** |
| Bledsoe v. LHC Group, Inc. and; George v. LHC Group, Inc. | District Court of Arizona No. cv-18-02863, and; No. cv-21-01402 | 2/08/2022 - Final Approval |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
stephanzouras.com

| CASE | COURT | SETTLEMENT |
| --- | --- | --- |
| Krzyzanowski v. Brunch Café | Northern District of Illinois<br>No. 19-cv-07427 | 2/02/2022 - Final Approval |
| Toor v. CoreCentric Solutions, Inc. | Circuit Court of DuPage County, IL<br>No. 2019-CH-000989 | 1/25/2022 - Final Approval |
| Peatry v. Bimbo Bakeries USA, Inc. | Northern District of Illinois<br>No. 19-cv-02942 | 1/12/2022 - Final Approval |
| Ripper v. Area Disposal Service, Inc. | Circuit Court of Peoria County, IL<br>No. 2020-CH-00124 | 11/16/2021 - Final Approval<br>**$577,000** |
| O'Sullivan v. All Star Management, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-11575 | 9/02/2021 - Final Approval<br>**$577,000** |
| Sanchez v. Visual Pak | Circuit Court of Cook County, IL<br>No. 18-CH-02651 | 8/10/2021 - Final Approval<br>**$3.5 mil** |
| Ramos v. BOX Acquisitions, LLC | Circuit Court of Cook County, IL<br>No. 20-CH-03887 | 8/05/2021 - Final Approval<br>**$1.38 mil** |
| Civcon Services, Inc. v. Accesso Services, LLC | Northern District of Illinois<br>No. 20-cv-01821 | 7/08/2021 - Final Approval<br>**$500,000** |
| Van Jacobs v. New World Van Lines, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-02619 | 7/07/2021 - Final Approval |
| Liu v. Four Seasons Hotels, Ltd. | Circuit Court of Cook County, IL<br>No. 17-CH-14949 | 6/30/2021 - Final Approval<br>**$575,900** |
| Bedford v. Lifespace Communities, Inc. | Northern District of Illinois<br>No. 20-cv-04574 | 5/12/2021 - Final Approval<br>**$987,850** |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Heard v. THC - Northshore, Inc. | Circuit Court of Cook County, IL<br>No. 17-CH-16918 | 5/05/2021 - Final Approval<br>**$2.25mil** |
| Thome v. Novatime Technology, Inc. | Northern District of Illinois<br>No. 19-cv-06256 | 3/08/2021 - Final Approval<br>**$14.1 mil** |
| Kusinski v. ADP, LLC | Circuit Court of Cook County, IL<br>No. 17-CH-12364 | 2/10/2021 - Final Approval<br>**$25 mil** |
| Trayes v. Mid-Con Hospitality Group, LLC | Circuit Court of Cook County, IL<br>No. 19-CH-11117 | 2/03/2021 - Final Approval<br>**$616,500** |
| Collier v. Pete's Fresh Market | Circuit Court of Cook County, IL<br>No. 19-CH-05125 | 12/03/2020 - Final Approval<br>**$4.2 mil** |
| Bryant v. Loews Chicago Hotel, Inc. | Northern District of Illinois<br>No. 19-cv-03195 | 10/30/2020 - Final Approval<br>**$1 mil** |
| Bigger v. Facebook, Inc. | Northern District of Illinois<br>No. 17-cv-7753 | 10/22/2020 - Final Approval<br>**$1.6 mil** |
| Johns v. Club Fitness of Alton, LLC | Circuit Court of Madison County, IL<br>No. 18-L-000080 | 10/13/2020 - Final Approval<br>**$750,000** |
| Bryski v. Nemera Buffalo Grove, LLC | Circuit Court of Cook County, IL<br>No. 18-CH-07264 | 10/05/2020 - Final Approval |
| Thomas v. Kik Custom Products, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-02471 | 9/30/2020 - Final Approval<br>**$1 mil** |
| Gauzza v. Prospect Medical Holdings, Inc. | Eastern District of Pennsylvania<br>No. 20-cv-03599 | 9/15/2020 - Final Approval<br>**$1.9 mil** |
| Bradford v. Farmington Foods, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-12888 | 8/17/2020 - Final Approval |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|-----------|
| Trottier v. Summit Staffing | Circuit Court of Cook County, IL No. 19-CH-02731 | 8/04/2020 - Final Approval **$1mil** |
| Jackson v. A. Finkl & Sons, Co. | Circuit Court of Cook County, IL No. 2018-CH-07424 | 7/21/2020 - Final Approval |
| Thome v. Flexicorps. Inc. | Circuit Court of Cook County, IL No. 18-CH-01751 | 7/02/2020 - Final Approval **$1 mil** |
| Goings v. Applied Acoustics | Circuit Court of Cook County, IL No. 17-CH-14954 | 6/02/2020 - Final Approval |
| Jones v. Santa Rosa Consulting, Inc. | Southern District of New York No. 18-cv-11005 | 5/26/2020 - Final Approval |
| Jones v. Encore Health Resources, LLC | Southern District of Texas No. 19-cv-03298 | 2/19/2020 - Final Approval |
| Potoski v. Wyoming Valley Health Care System | Middle District of Pennsylvania No. 11-cv-00582 | 1/14/2020 - Final Approval |
| Stewart v. First Transit, Inc. | Eastern District of Pennsylvania No. 18-cv-03768 | 12/30/2019 - Final Approval **$1 mil** |
| Jordan v. Meridian Bank | Eastern District of Pennsylvania No. 17-cv-05251 | 12/19/2019 - Final Approval **$1 mil** |
| George v. Schulte Hospitality Group, Inc. | Circuit Court of Cook County, IL No. 18-CH-04413 | 12/16/2019 - Final Approval **$1 mil** |
| Edmond v. DPI Specialty Foods, Inc. | Circuit Court of Cook County, IL No. 18-CH-09573 | 11/18/2019 - Final Approval **$500,000** |
| Watts v. Chicago Lakeshore Hospital | Circuit Court of Cook County, IL No. 17-CH-12756 | 11/13/2019 - Final Approval **$858,000** |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Bey v. Walker HealthCare and; Pierce v. Encore Health Resources | Southern District of Texas No. 19-cv-00060 No. 18-cv-04736 | 9/19/2019 - Final Approval **$2.4 mil** |
| Kuck v. Planet Home Lending, LLC | Eastern District of New York No. 17-cv-04769 | 9/13/2019 - Final Approval |
| Dixon v. The Washington & Jane Smith Home | Northern District of Illinois No. 17-cv-08033 | 8/20/2019 - Final Approval **$1.35 mil** |
| Jones v. Chicago Bridge & Iron Company | Western District of North Carolina No. 17-cv-00424 | 8/06/2019 - Final Approval |
| Sharrieff v. Raymond Management Company | Circuit Court of Cook County, IL No. 18-CH-01496 | 8/01/2019 - Final Approval |
| Ostrander v. Customer Engineering Services, LLC | District Court of Colorado No. 15-cv-01476 | 3/25/2019 - Final Judgment |
| Davis v. Vanguard Home Care, LLC | Northern District of Illinois No. 16-cv-07277 | 3/22/19 – Final Approval |
| Goh v. NCR Corporation | American Arbitration Association No. 01-15-0004-0067 | 2/25/19 – Final Approval |
| Moseman v. U.S. Bank National Association | Western District of North Carolina No. 17-cv-00481 | 1/07/19 – Final Approval |
| Ivy v. Adventist Midwest Health | Northern District of Illinois No. 16-cv-7606 | 11/14/18 – Final Approval |
| Bhattacharya v. Capgemini | Northern District of Illinois No. 16-cv-07950 | 11/13/18 - Final Approval **$990,000** |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Carver v. Presence Health Network | Northern District of Illinois No. 15-cv-02905 | 7/10/18 – Final Approval **$20mil** |
| Stapleton v. Advocate Health Care | Northern District of Illinois No. 14-cv-01873 | 6/27/18 – Final Approval |
| Brown v. Health Resource Solutions, Inc. | Northern District of Illinois No. 16-cv-10667 | 4/20/18 – Final Approval **$900,000** |
| Eggleston v. USCC Services, LLC | Northern District of Illinois No. 16-cv-06775 | 2/16/18 – Final Approval **$1.25mil** |
| Caison v. Sogeti USA, LLC | Northern District of Illinois No. 17-cv-2786 | 2/12/18 – Final Approval |
| Kaminski v. Bank of America, N.A. | Northern District of Illinois No. 16-cv-10844 | 2/15/18 – Final Approval **$850,000** |
| Byrne v. Centegra Health System | Northern District of Illinois No. 17-cv-00018 | 1/29/18 – Final Approval |
| Donoghue v. Verizon Communications, Inc. | Eastern District of Pennsylvania No. 16-cv-4742 | 11/16/17 – Final Approval **$800,000** |
| Tompkins v. Farmers Insurance Exchange | Eastern District of Pennsylvania No. 14-cv-3737 | 9/27/17 – Final Approval **$775,000** |
| In re Sears Holdings Corporation Stockholder and Derivative Litigation | Court of Chancery of the State of Delaware, No. 11081-VCL | 5/9/17 – Final Approval **$40mil** |
| Oaks v. Sears | Northern District of Illinois No. 1:15-cv-11318 | 4/12/17 – Final Approval |
| Hauser v. Alexian Brothers Home Health | Northern District of Illinois No. 15-cv-6462 | 4/06/17 – Final Approval **$1mil** |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| <u>CASE</u> | <u>COURT</u> | <u>SETTLEMENT</u> |
|---|---|---|
| Leiner v. Johnson & Johnson | Northern District of Illinois<br>No. 15-cv-5876 | 1/31/17 – Final Approval<br>**$5mil** |
| Reed v. Friendly's Ice Cream, LLC | Middle District of Pennsylvania<br>No. 15-cv-00298 | 1/31/17 – Final Approval<br>**$3.5 mil** |
| McPhearson v. 33 Management | Circuit Court of Cook County, IL<br>No. 15-CH-17302 | 11/3/16 – Final Approval |
| Cook v. Bank of America | Northern District of Illinois<br>No. 15-cv-07718 | 8/2/16 – Final Approval<br>**$3.25 mil** |
| Lukas v. Advocate Health Care | Northern District of Illinois<br>No. 14-cv-2740 | 6/29/16 – Final Approval<br>**$4.75mil** |
| Kurgan v. Chiro One Wellness Centers, LLC | Northern District of Illinois<br>No. 10-cv-1899 | 4/27/16 – Final Approval |
| Heba v. Comcast | First Judicial District of Pennsylvania Court of Common Pleas, No. 12-471 | 4/06/16 – Final Approval |
| Johnson v. Casey's General Stores, Inc. | Western District of Missouri<br>No. 15-cv-3086 | 3/03/16 – Final Approval<br>**$500,000** |
| Fields v. Bancsource, Inc. | Northern District of Illinois<br>No. 14-cv-7202 | 2/03/16 – Final Approval |
| Elder v. Comcast Corporation | Northern District of Illinois<br>No. 12-cv-1157 | 1/11/16 – Final Approval<br>**$700,000** |
| Posada v. Continental Home Loans, Inc. | Eastern District of New York<br>15-cv-4203 | 1/13/16 - Final Approval |
| Struett v. Susquehanna Bank | Eastern District of Pennsylvania<br>No. 15-cv-176 | 10/27/15 – Final Approval |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Faust v. Comcast Corporation | District Court of Maryland No. 10-cv-2336 | 10/11/15 - Final Approval |
| Butler v. DirectSat USA, LLC | District Court of Maryland No. 10-cv-02747 | 9/03/15 - Final Approval |
| Sosnicki v. Continental Home Loans, Inc. | Eastern District of New York No. 12-cv-1130 | 7/30/15 - Final Approval |
| Bordell v. Geisinger Medical Center | Northumberland Court of Common Pleas, No. 12-cv-1688 | 4/8/15 – Final Approval |
| Harvey v. AB Electrolux | Northern District of Iowa No. 11-cv-3036 | 3/23/15 – Final Approval |
| Price v. NCR Corporation | American Arbitration Association No. 51-610-908-12 | 3/18/15 – Final Approval **$2.95 mil** |
| Frebes v. Mask Restaurants, LLC | Northern District of Illinois No. 13-cv-3473 | 1/15/15 – Final Approval |
| Jones v. Judge Technical Services Inc. | Eastern District of Pennsylvania No. 11-cv-6910 | 12/15/14 – Final Approval **$1.22 mil** |
| Howard v. Securitas Security Services USA, Inc., and; Hawkins v. Securitas Security Services USA, Inc. | Northern District of Illinois No. 08-cv-2746 and; No. 09-cv-3633 | 5/7/14 – Final Approval |
| Thomas v. Matrix Corporation Services | Northern District of Illinois No. 10-cv-5093 | 2/12/14 – Final Approval |
| Sexton v. Franklin First Financial | Eastern District of New York No. 08-cv-04950 | 9/30/13 – Final Approval |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Outlaw v. Secure Health, L.P. | Eastern District of Pennsylvania No. 11-cv-602 | 9/24/13 – Final Approval |
| Robinson v. RCN Telecom Services, Inc. | Eastern District of Pennsylvania No. 10-cv-6841 | 8/5/13 – Final Approval |
| Holland v. Securitas Security Services USA, Inc. | Superior Court of California, County of Los Angeles, No. BC 394708 | 7/26/13- Final Approval |
| Ord v. First National Bank of Pennsylvania | Western District of Pennsylvania No. 12-cv-766 | 6/21/13 – Final Approval **$3mil** |
| Holley v. Erickson Living Management, LLC | Eastern District of Pennsylvania No. 11-cv-2444 | 6/13/13 – Final Approval |
| Hansen v. Per Mar Security Services | Southern District of Iowa No. 09-cv-459 | 5/15/13 - Final Approval |
| Pomphrett v. American Home Bank | Eastern District of Pennsylvania No. 12-cv-2511 | 3/14/13 – Final Approval **$2.4 mil** |
| Glatts v. Crozer-Keystone Health System | Philadelphia Court of Common Pleas, No. 0904-1314 | 2/06/13 – Final Approval **$1.2 mil** |
| Chambers v. Front Range Environmental, LLC | Northern District of Illinois No. 12-cv-891 | 1/23/13 - Final Approval |
| Searson v. Concord Mortgage Corporation | Eastern District of New York No. 07-cv-3909 | 11/19/12 - Final Approval |
| Ellenbecker v. North Star Cable Construction, Inc. | Northern District of Illinois No. 09-cv-7293 | 11/14/12 - Final Approval |
| Williams v. Securitas Security Services USA, Inc. | Eastern District of Pennsylvania No. 10-cv-7181 | 11/08/12 - Final Approval |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Molyneux v. Securitas Security Services USA, Inc. | Southern District of Iowa No. 10-cv-588 | 11/05/12 - Final Approval |
| Kernats v. Comcast Corporation | Northern District of Illinois No. 09-cv-3368 | 5/28/12 - Final Approval |
| Petersen v. Marsh USA, Inc. | Northern District of Illinois No. 10-cv-1506 | 9/21/11 - Final Approval |
| Thompson v. World Alliance Financial Corp. | Eastern District of New York No. 08-cv-4951 | 8/05/11 - Final Approval |
| Harris v. Cheddar's Casual Cafe, Inc. | American Arbitration Association No. 51 460 00557 10 | 6/1/11 - Final Approval |
| Turner v. Mercy Health System | Philadelphia Court of Common Pleas, No. 0801-3670 | 4/20/11 – Final Approval **$2.75 mil** |
| Cedeno v. Home Mortgage Desk, Corp. | Eastern District of New York No. 08-cv-1168 | 6/15/10 - Final Approval |
| Perkins v. Specialty Construction Brands, Inc. | Northern District of Illinois No. 09-cv-1678 | 11/15/09 - Final Approval |
| Wineland v. Casey's General Stores, Inc. | Southern District of Iowa No. 08-cv-00020 | 10/22/09 - Final Approval |
| Jones v. Casey's General Stores, Inc. | Southern District of Iowa No. 07-cv-400 | 10/22/09 - Final Approval |
| Stuart v. College Park | Circuit Court of Cook County, IL No. 05-CH-09699 | 12/11/07 - Final Approval |
| Huebner v. Graham C Stores | Circuit Court of Cook County, IL No. 06-CH-09695 | 11/15/07 - Final Approval |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Perez v. RadioShack Corporation | Northern District of Illinois<br>No. 02-cv-7884 | 9/14/07 - Final Approval<br>**$9 mil** |
| Reinsmith v. Castlepoint Mortgage | District Court of Massachusetts<br>No. 05-cv-01168 | 4/3/07 - Final Approval |
| Kutcher v. B&A Associates | Circuit Court of Cook County, IL<br>No. 03-CH-07610 | 11/20/06 - Final Approval |
| Ciesla v. Lucent Technologies, Inc. | Northern District of Illinois<br>No. 05-cv-1641 | 7/31/06 - Final Approval |
| Casale v. Provident Bank | District Court of New Jersey<br>No. 04-cv-2009 | 7/25/05 - Final Approval |
| Corbin v. Barry Realty | Circuit Court of Cook County, IL<br>No. 02-CH-16003 | 3/22/05 - Final Approval |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## Biometric Information Privacy Class Action Lawsuits

**Our firm is at the forefront of BIPA litigation to protect the biometric data and privacy of employees and consumers. We have brought numerous class action lawsuits against employers and other retail businesses who have collected biometric data without consent and without instituting the proper safeguards including;**

| CASE | COURT |
|------|-------|
| Ala v. U.S. Acrylic, LLC | Circuit Court of Lake County, Illinois, No. 2022-CH-0000069 |
| Alderman v. The Kroger Co. | Circuit Court of Williamson County, Illinois, No. 2021-L-21 |
| Alquero v. Grand Victoria Riverboat Casino | Circuit Court of Cook County, Illinois, No. 2019-CH-09603 |
| Andere v. Amita Health Adventist Medical Center Bolingbrook | Circuit Court of Will County, Illinois, No. 2021-L-000893 |
| Anthony v. Towneplace Suites | Circuit Court of Cook County, Illinois, No. 2021-CH-05389 |
| Arnold v. Roundy's Supermarkets, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-05622 |
| Arroyo v. OTO Development, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-07170 |
| Ayala v. American Louver Company | Circuit Court of Cook County, Illinois, No. 2019-CH-04163 |
| Blunt v. G2K Logistics, LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-01637 |
| Bowens v. SMASHotels | Circuit Court of Cook County, Illinois, No. 2022-CH-08312 |
| Boyd v. Lazer Spot, Inc. | Northern District of Illinois, No. 2021-cv-08173 |
| Brammer v. Ava Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-07379 |
| Bray v. Lathem Time Co. | Northern District of Georgia, 2022-cv-01748 |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|------|-------|
| Buford v. GDI Services, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-05007 |
| Burt v. Anixter Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-04569 |
| Cameron v. Polar Tech Industries, Inc. | Circuit Court of DeKalb County, Illinois, No. 2019-CH-000013 |
| Campos v. City View Multicare Center, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-07082 |
| Campos v. Midwest Time Recorder, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-07229 |
| Cervantes v. Grant Park Packing Co., Inc. | Circuit Court of Cook County, Illinois, No. 2022-CH-07020 |
| Chatman v. Crate and Barrel | Circuit Court of Cook County, Illinois, No. 2018-CH-09277 |
| Clow v. Sygma Network Inc. | Circuit Court of Vermilion County, Illinois, No. 2022-LA-000004 |
| Coleman v. Greenwood Hospitality Management, LLC | Northern District of Illinois, No. 2021-cv-00806 |
| Cosenza v. DiNico's Pizza | Circuit Court of Cook County, Illinois, No. 2020-CH-00614 |
| Cothron v. White Castle | Northern District of Illinois, No. 2019-cv-00382 |
| Crowden v. Silver Cross Hospitals & Medical Centers | Circuit Court of Will County, Illinois, No. 2022-CH-0063 |
| Currie v. McDonald's | Circuit Court of Lake County, Illinois, 2020-CH-0467 |
| Davis v. Wirco, Inc. | Central District of Illinois, No. 2021-cv-02279 |
| Doporcyk v. Mariano's | Circuit Court of Cook County, Illinois, No. 2017-CH-08092 |
| Dowell v. Springfield Memorial Hospital, et al. | Circuit Court of Sangamon County, Illinois, No. 2022-LA-134 |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|---|---|
| Duarte v. Vanee Foods Company | Circuit Court of Cook County, Illinois, No. 2021-CH-01318 |
| Ebert v. Eclipse Advantage, LLC | Circuit Court of Grundy County, Illinois, No. 2020-L-53 |
| Ebert v. Total Staffing Solutions, Inc. | Circuit Court of Cook County, Illinois, No. 2021-CH-04338 |
| Fields v. Abra Auto Body & Glass | Circuit Court of Cook County, Illinois, No. 2017-CH-12271 |
| Figueroa v. Kronos, Inc. | Northern District of Illinois, No. 2019-cv-01306 |
| Figueroa v. Tony's Fresh Market | Circuit Court of Cook County, Illinois, No. 2018-CH-15728 |
| Finley v. Clark Manor | Circuit Court of Cook County, Illinois, No. 2020-CH-07265 |
| Fisher v. HP Property Management, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-14082 |
| Francois v. South Shore Hospital, Corp. | Circuit Court of Cook County, Illinois, No. 2021-CH-02564 |
| Francois v. Swipeclock, LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-01041 |
| Fuentes v. Focal Point Exports, LTD | Circuit Court of Cook County, Illinois, No. 2019-CH-03890 |
| Fulton v. SCR Medical Transport, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-00927 |
| Garriott v. Food Movers Two Limited Partnership | Circuit Court of Cook County, Illinois, No. 2020-CH-07030 |
| George v. Bricton 191 Associates, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-04014 |
| Goings v. UGN, Inc. | Circuit Court of Cook County, Illinois, No. 2017-CH-14954 |
| Gorgas v. Amazon.com, Inc. et al. | Northern District of Illinois, No. 2022-cv-05159 |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
| --- | --- |
| Heard v. Becton, Dickinson & Company | Northern District of Illinois, No. 2019-cv-4158 |
| Heard v. Omnicell, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-06817 |
| Heard v. St. Bernard Hospital | Circuit Court of Cook County, Illinois, No. 2017-CH-16828 |
| Heard v. Weiss Memorial Hospital Foundation | Circuit Court of Cook County, Illinois, No. 2019-CH-06763 |
| Hogan v. Amazon.com, Inc. | Northern District of Illinois, No. 2021-cv-3169 |
| Howe v. Speedway, LLC | Northern District of Illinois, No. 2019-cv-01374 |
| Ibarra v. Prospera, LLC | Northern District of Illinois, No. 2020-cv-07015 |
| Ingram v. LSL Healthcare | Circuit Court of Cook County, Illinois, No. 2021-CH-00220 |
| Johns v. Paycor, Inc. | Northern District of Illinois, No. 2020-cv-00264 |
| Johnson v. Gold Standard Baking, Inc. | Circuit Court of Cook County, Illinois, No. 2018-CH-09011 |
| Johnson v. Food 4 Less | Northern District of Illinois, No. 2022-cv-02409 |
| Johnson v. NCR | Circuit Court of Cook County, Illinois, No. 2022-CH-04265 |
| Johnson v. Thermoflex | Circuit Court of Cook County, Illinois, No. 2020-CH-00000479 |
| Kardos v. ABT Electronics, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-01235 |
| Keene v. Plymouth Place, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-01953 |
| Kelley v. Chicago Behavioral Hospital | Circuit Court of Cook County, Illinois, No. 2020-CH-03302 |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
| --- | --- |
| King v. Garfield Park Hospital, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-00056 |
| Krause v. Caputo's New Farm Produce | Circuit Court of Cook County, Illinois, No. 2018-Ch-11660 |
| Landa v. Menasha Packaging Co., LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-05251 |
| Landa v. MJ Holding Company, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-05247 |
| Lawrence v. McLane/Midwest, Inc. | Circuit Court of Vermilion County, Illinois, No. 2021-L-000061 |
| Lopez v. Metraflex | Circuit Court of Cook County, Illinois, No. 2020-CH-05354 |
| Loving v. Belhaven Nursing & Rehabilitation Center, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-04176 |
| Lyons v. Harri (US), LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-03207 |
| Marquez v. North Riverside Golf Club | Circuit Court of Cook County, Illinois, No. 2020-CH-05895 |
| Mazya v. Northwestern Lake Forest Hospital | Circuit Court of Cook County, Illinois, No. 2018-CH-07161 |
| McAdams v. Design Toscano, Inc. | Circuit Court of Cook County, Illinois, No. 2022-CH-05387 |
| McGraw v. Lakeshore Beverage | Circuit Court of Cook County, Illinois, No. 2020-CH-00343 |
| Measaw v. Heritage Operations Group, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-08321 |
| Meegan v. NFI Industries, Inc. | Northern District of Illinois, No. 2020-cv-00465 |
| Mendenhall v. Burger King | Circuit Court of Cook County, Illinois, No. 2019-CH-10636 |
| Michaels v. Continental Nursing and Rehabilitation Center, LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-02591 |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|------|-------|
| Michaels v. Infinity Healthcare Management of Illinois, LLC | Circuit Court Cook County, Illinois, No. 2021-CH-05859 |
| Mitchell v. Bottled Blonde Chicago, LLC | Northern District of Illinois, No. 2020-cv-06460 |
| Mitchell v. Electrolux Home Products, et al. | Circuit Court of Cook County, Illinois, No. 2022-CH-08926 |
| Molina v. Mercyhealth System, Corp. | Circuit Court of Winnebago County, Illinois, No. 2020-L-0000286 |
| Morgan v. Ruler Foods, Inc. | Southern District of Illinois, No. 2020-cv-01270 |
| Morris v. Nextep Systems, Inc. | Northern District of Illinois, No. 2021-cv-2404 |
| Morris v. Wow Bao, LLC | Circuit Court of Cook County, Illinois, No. 2017-CH-12029 |
| Mosby v. The Ingalls Memorial Hospital | Circuit Court of Cook County, Illinois, No. 2018-CH-05031 |
| Nordstrom v. Dial Senior Management, Inc. | Northern District of Illinois, No. 2019-cv-07183 |
| Nosal v. Rich Products Corporation | Northern District of Illinois, No. 2020-cv-4972 |
| Peaks-Smith v. Saint Anthony Hospital | Circuit Court of Cook County, Illinois, No. 2018-CH-07077 |
| Peoples v. Wheaton Village Nursing and Rehabilitation Center, LLC | Circuit Court of DuPage County, Illinois, No. 2021-L-001234 |
| Pruitt v. Par-A-Dice Hotel Casino | Central District of Illinois, No. 2020-cv-01084 |
| Purnell v. Pure's Food Specialties, LLC | Circuit Court of Lake County, Illinois, No. 2021-CH-00991 |
| Quentere v. G.H. Cretors | Northern District of Illinois, No. 2020-cv-07306 |
| Quentere v. Staffing Network, LLC | Circuit Court of Lake County, Illinois, No. 2020-CH-00000654 |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
| --- | --- |
| Quentere v. Tablecraft Product Company | Circuit Court of Lake County, Illinois, No. 2020-CH-00000493 |
| Ramsey Daley's Medical Transportation, Inc. | Circuit Court of Cook County, Illinois, No. 2018-CH-01935 |
| Redd v. Amazon, Inc. | Northern District of Illinois, No. 2020-cv-06485 |
| Redd v. Amazon Web Services, Inc. | Circuit Court of Cook County, Illinois, No. 2022-CH-08721 |
| Robinson v. Taco Bell | Circuit Court of Cook County, Illinois, No. 2022-CH-04364 |
| Rogers v. Thorek Memorial Hospital | Circuit Court of Cook County, Illinois, No. 2021-CH-02304 |
| Sanchez v. Elite Labor Services | Circuit Court of Cook County, Illinois, No. 2018-CH-02651 |
| Sanchez v. Tide Cleaners | Circuit Court of Cook County, Illinois, No. 2020-CH-02640 |
| Seaton v. Atos Healthcare Services, LLC | Circuit Court of Cook County, Illinois, No. 2021-CH-00611 |
| Severinsen v. Menard, Inc. | Circuit Court of Peoria County, Illinois, No. 2022-CH-0000009 |
| Shird v. Snipes | Circuit Court of Cook County, Illinois, No. 2022-CH-05329 |
| Taitts v. Elior, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-03664 |
| In Re: TikTok, Inc., Consumer Privacy Litigation | Northern District of Illinois, No. 2020-cv-04699 |
| Taitts v. Elior, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-03664 |
| Thome v. Axis Insurance Company | Circuit Court of Cook County, Illinois, No. 2021-CH-03259 |
| Thornton v. Generations at Peoria, LLC | Circuit Court of Cook County, Illinois, No. 2021-CH-03481 |
| Tims v. Black Horse Carriers, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-03522 |



# STEPHANZOURAS, LLP

100 N. Riverside , Suite 2150
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|------|-------|
| Townsend v. The Estates of Hyde Park, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-11849 |
| Treadwell v. Power Solutions International, Inc. | Northern District of Illinois, No. 2018-cv-08212 |
| Trinidad  v. Bridgeview Advisors, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-06600 |
| Trio v. Turing Video, Inc. | Circuit Court of Cook County, Illinois, No. 2021-CH-03264 |
| Trottier v. Attendance Demand, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-13230 |
| Valenzuela v. Reliable Staffing Services, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-06632 |
| Walker v. Pet Supplies Plus | Circuit Court of Cook County, Illinois, No. 2021-CH-03851 |
| Walton v. Roosevelt University | Circuit Court of Cook County, Illinois, No. 2019-CH-04176 |
| Webster v. South Holland Home, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-12365 |
| Webster v. Triad Senior Living, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-10787 |
| Webster v. Windsor Estates Nursing & Rehab Centre, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-11441 |
| Wheeler v. EMCO Chemical Distributors, Inc. | Circuit Court of Cook County, Illinois, No. 2021-CH-05597 |
| Wheeler v. Ridgeview Rehab & Nursing Center, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-14577 |
| Williams v. Wing Stop | Circuit Court of Cook County, Illinois, No. 2022-CH-00326 |
| Wilson v. Magna Exteriors Belvidere | Circuit Court of Boone County, Illinois, No. 2020-L-0039 |
| Young v. International Precision Components Corp. | Circuit Court of Lake County, Illinois, No. 2020-CH-00000521 |
| Young v. Taylor Farms Illinois, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-05284 |