# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN CURRY, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) COUNTY MATERIALS CORP. and CENTRAL PROCESSING CORPORATION, ) ) ) ) ) Defendants. ) | Case No. 2:22-cv-2015<br><br>Hon. Colin S. Bruce<br>Magistrate Eric I. Long |

## THE PARTIES' JOINT MOTION TO AMEND SETTLEMENT AGREEMENT AND PRELIMINARY APPROVAL ORDER

The Parties, by and through their counsel, hereby stipulate and move the Court as follows:

1. On November 8, 2022, Plaintiff filed his Unopposed Motion for Preliminary Approval of Settlement (DKT 37) ("Preliminary Approval Motion"). The fully executed Settlement Agreement was attached to the Preliminary Approval Motion as Exhibit 1. (DKT 37-1.)

2. Due to mistake, an incorrect naming convention for A-1 Transit Corporation, one of the Released Parties, was used in some paragraphs of the Settlement Agreement.

3. The Released Party was mistakenly referred to as "A-1 Transit Services Corporation," but the entity is actually registered as "A-1 Transit Corporation." *See* Exhibit 1, December 14, 2022, Declaration of Danielle M. Nardick, ¶ 2.

4. As a result of the error in the Settlement Agreement, A-1 Transit Corporation is incorrectly referred to as "A-1 Transit Services Corporation" in the Settlement Agreement, Preliminary Approval Motion, and the Court's subsequent November 30, 2022, Order ("Preliminary Approval Order").

5. The Parties hereby agree to amend the Settlement Agreement and agree that in every instance in which "A-1 Transit Services Corporation" appears, the Settlement Agreement should instead read "A-1 Transit Corporation."

6. The Parties further agree that the change in the naming convention of A-1 Transit Corporation has no effect on the operation of the settlement or the material terms of the Settlement Agreement.

7. Therefore, the Parties respectfully request that the Court grant this motion and enter the Proposed Revised Preliminary Approval Order that is attached hereto as Exhibit 2, the language of which is identical to the Court's November 30, 2022, Order apart from the correction of "A-1 Transit Services Corporation" to instead read "A-1 Transit Corporation" in paragraph 4.

Dated: December 15, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Danielle M. Nardick* | */s/ Haley R. Jenkins* |
| Danielle M. Nardick | James B. Zouras |
| Hansen Reynolds LLC | Haley R. Jenkins |
| 10 E Doty St. Suite 800 | **STEPHAN ZOURAS, LLP** |
| Madison, WI 53705 | 100 N. Riverside Plaza |
| Office: 608-841-1518 | Suite 2150 |
| Fax: 414-273-8476 | Chicago, Illinois 60606 |
| dnardick@hansenreynolds.com | 312.233.1550 |
| | 312.233.1560 *f* |
| Alan W. Nicgorski | jzouras@stephanzouras.com |
| Hansen Reynolds LLC | hjenkins@stephanzouras.com |
| 150 S. Wacker Drive, 24th Floor | |
| Chicago, IL 60606 | **ATTORNEYS FOR PLAINTIFF** |
| Office: 414-455-7676 | **AND THE PUTATIVE CLASS** |
| Fax: 414-273-8476 | |
| anicgorski@hansenreynolds.com | |
| | |
| **ATTORNEYS FOR DEFENDANTS** | |